**FILED**

MAR 10 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

MAR 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James A. Smith J74120
KVSP PO BOX 5102
Delano, CA 93216

March 5, 2008

No.: CV 08 1157 SI

Dear Court Clerk,

I acknowledge receipt of your receipt of your filed date 2/27/08 in the above entitled cause of action. It appears that this action is a Habeas Corpus? If it is in fact a habeas corpus I would like to pay the filing fees, because I don't qualify for in forma pauperis status and the only way I could possibly fill out the in forma perperis application is by committing fraud and that would prove to be a luxury I can not afford, so at your earliest convience please indicate whether this case is listed under Habeas Corpus or Civil, either way I can pay the full filing fees and I would rather submit the filing fees in full. Thanking you in advance for your assistance and prompt response due to the pending deadline.

Respectfully submitted,

*James A. Smith*
JAMES A. SMITH

James A. Smith J74120
KVSP PO BOX 5102 B4-227up
Delano, CA 93216

Confidential Legal Mail

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102