**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | No. C 08-1157 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HEDGPETH, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a second or successive petition if he ever obtains permission from the U.S. Court of Appeals for the Ninth Circuit to do so.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 18, 2008

SUSAN ILLSTON
United States District Judge