**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 8, 2008

James E. Smith
J-74120
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216


SUBJECT:    Request for Payment of Docket Fee

**Title: JAMES E SMITH -v- HEDGPETH**
**Case Number:     CV 08-01157 SI**
**Court of Appeals Number:**


A notice of appeal was filed with this Court on 07/31/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

*Susan Imbriani*

by:  Susan Imbriani
**Case Systems Administrator**


cc: U.S. Court of Appeals